**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | | |
|---|---|---|
| **RODNEY JONES, et al.** | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:20CV308-MPM-RP** |
| | § | |
| **THE RAYMOND** | § | |
| **CORPOATION** | § | |
| **Defendants.** | § | |
| | § | |
| | § | |
| | § | |

**NOTICE OF SERVICE OF PRE-DISCOVERY DISCLOSURE INFORMATION**

To:    **All Counsel of Record**

Notice is hereby given that, on the date entered below, The Raymond Corporation

disclosed to Plaintiffs' attorney for Rodney Jones and Deangela Battle, the information required

by L.U.Civ.R. 26(a)(1).

Dated:  March 22, 2021

By____*/s/ Rachel M. Lary*____
J. Banks Sewell (*Pro Hac Vice*)
Email: bsewell@lightfootlaw.com
Rachel M. Lary
MSB#105794
Email: rlary@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700 Telephone
(205) 581-0799 Facsimile

Francis H. LoCoco (*Pro Hac Vice*)
Email: frank.lococo@huschblackwell.com
HUSCH BLACKWELL LLP
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
(414) 273-2100 Telephone
(414) 223-5000 Facsimile

**ATTORNEYS FOR DEFENDANT**
**THE RAYMOND CORPORATION**

## <u>CERTIFICATE OF SERVICE</u>

   This is to certify that on the 22nd day of March 2021, a true and correct copy of the above and forgoing was electronically filed using the Court's CM/ECF e-filing system, which will serve all counsel of record as follows:

MERKEL & COCKE, P.A.
Charles M. Merkel, Jr.
Edward P. Connell, Jr.
Yeager M. Bass
P.O. Box 1388
Clarksdale, MS 38614

WARSHAUER LAW GROUP, P.C.
Michael J. Warshauer
Trent Shuping
2740 Bert Adams Road
Atlanta, GA 30339

          _/s/ Rachel M. Lary_
          Rachel M. Lary