IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

RODNEY JONES and wife,
DEANGELA BATTLE                                                              PLAINTIFFS

VERSUS                                                    CAUSE NO.: 3:20-cv-00308-MPM-RP

THE RAYMOND CORPORATION                                                       DEFENDANT

## NOTICE OF SERVICE

Please take notice that Edward P. Connell, Jr., one of the attorneys for the Plaintiffs, has served on the foregoing counsel the following document:

> First Supplement To Plaintiffs' Pre-Discovery Disclosure of Core Information.

Plaintiffs' counsel maintains the original of said document as custodian thereof.

RESPECTFULLY SUBMITTED this the 14th day of October, 2021.

                          MERKEL & COCKE, P.A.
                          Post Office Box 1388
                          Clarksdale, Mississippi 38614
                          Phone No.: (662) 627 – 9641
                          Fax No.: (662) 627 – 3592

By: *Edward P. Connell, Jr.*
      Charles M. Merkel, Jr. (MSB #2884)
      Edward P. Connell, Jr. (MSB #10647)
      Yeager M. Bass (MSB #106098)
      *-Attorneys for Plaintiffs-*

      WARSHAUER LAW GROUP, P.C.
      2740 Bert Adams Road
      Atlanta, GA 30339
      (404) 892-4900
      (404) 892-1020 Fax

By: *Michael J. Warshauer*
Michael J. Warshauer (GB #018720)
Trent Shuping (GB #159083)
-*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

LIGHTFOOT, FRANKLIN & WHITE
J. Banks Sewell, Esq.
Rachel M. Lary, Esq.
400 20th Street North
Birmingham, Alabama 35203
P: 205.581.0700
bsewell@lightfootlaw.com
rlary@lightfootlaw.com
cstam@lightfootlaw.com

HUSCH BLACKWELL LLP
Francis H. LoCoco, Esq.
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
P: 414.273.2100
frank.lococo@huschblackwell.com

*Attorneys for Defendant The Raymond Corporation*

James Henry Jones, IV, Esq.
*Markow Walker, PA*
Post Office Drawer 50
Oxford, Mississippi 38655

*Attorney for Intervenor*

By: */s/ Edward P. Connell, Jr.*
Edward P. Connell, Jr. (MSB#10647)

*Attorney for Plaintiffs Rodney Jones and his wife, Deangela Battle*