IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

RODNEY JONES and wife,
DEANGELA BATTLE                                                                                          PLAINTIFFS

V.                                                          CIVIL ACTION NO. 3: 20-CV-308-MPM-RP

THE RAYMOND CORPORATION                                                                         DEFENDANT

## NOTICE OF SERVICE

Please take notice that Edward P. Connell, Jr., one of the attorneys for the Plaintiff, has served on the foregoing counsel the following document:

1.  Plaintiff's Supplement to Designation of Expert Witnesses.

Plaintiff's counsel maintains the originals of said documents as custodian thereof.

DATED this, the 8th day of December, 2021.

> MERKEL & COCKE, P.A.
> Post Office Box 1388
> Clarksdale, Mississippi 38614
> Phone No.: (662) 627 – 9641
> Fax No.: (662) 627 – 3592
>
> By: */s/ Edward P. Connell, Jr.*
> Charles M. Merkel, Jr. (MSB #2884)
> Edward P. Connell, Jr. (MSB #10647)
> Yeager M. Bass (MSB #106098)
>
> WARSHAUER LAW GROUP, P.C.
> 2740 Bert Adams Road
> Atlanta, GA 30339
> (404) 892-4900
> (404) 892-1020 Fax
>
> By: */s/ Michael J. Warshauer*
> Michael J. Warshauer (GB #018720)
> Trent Shuping (GB #159083)
> *-Admitted Pro Hac Vice-*

## **CERTIFICATE OF SERVICE**

I, Edward P. Connell, Jr., do hereby certify that I have on this date emailed via United a true and correct copy of the above and foregoing document to:

LIGHTFOOT, FRANKLIN & WHITE
J. Banks Sewell, Esq.
Rachel M. Lary, Esq.
400 20th Street North
Birmingham, Alabama 35203
P: 205.581.0700
bsewell@lightfootlaw.com
rlary@lightfootlaw.com
cstam@lightfootlaw.com

HUSCH BLACKWELL LLP
Francis H. LoCoco, Esq.
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
P: 414.273.2100
frank.lococo@huschblackwell.com
*Attorneys for Defendant The Raymond Corporation*

James Henry Jones, IV, Esq.
*Markow Walker, PA*
Post Office Drawer 50
Oxford, Mississippi 38655
*Attorney for Intervenor*

This, the 8th day of December, 2021.

            */s/ Edward P. Connell, Jr.*
             EDWARD P. CONNELL, JR. (MSB #10647)