IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

RODNEY JONES AND WIFE,
DEANGELA BATTLE                                                                   PLAINTIFFS

V.                                                        CIVIL ACTION NO.: 3:20-CV-308-MPM-RP

THE RAYMOND CORPORATION

---

## NOTICE OF SERVICE

Please take notice that Yeager M. Bass, one of the attorneys for the Plaintiffs, has served on the foregoing counsel the following document:

1. Plaintiffs' Second Supplement to the Designation of Expert Witnesses.

Plaintiffs' counsel maintains the original of said documents as custodian thereof.

DATED this, the 25th day of February, 2022.

                                        MERKEL & COCKE, P.A.
                                        Post Office Box 1388
                                        Clarksdale, Mississippi 38614
                                        Phone No.: (662) 627 – 9641
                                        Fax No.: (662) 627 – 3592

                                        By: _/s/ Edward P. Connell, Jr._
                                        Charles M. Merkel, Jr. (MSB #2884)
                                        Edward P. Connell, Jr. (MSB #10647)
                                        Yeager M. Bass (MSB #106098)

                                        WARSHAUER LAW GROUP, P.C.
                                        2740 Bert Adams Road
                                        Atlanta, GA 30339
                                        (404) 892-4900
                                        (404) 892-1020 Fax

                                        By: _/s/ Michael J. Warshauer_
                                        Michael J. Warshauer (GB #018720)
                                        Trent Shuping (GB #159083)
                                        _-Admitted Pro Hac Vice-_

## **CERTIFICATE OF SERVICE**

    I, Yeager M. Bass, do hereby certify that I have on this date emailed a true and correct copy of the above and foregoing document to:

LIGHTFOOT, FRANKLIN & WHITE
J. Banks Sewell, Esq.
Rachel M. Lary, Esq.
400 20th Street North
Birmingham, Alabama 35203
P: 205.581.0700
bsewell@lightfootlaw.com
rlary@lightfootlaw.com
cstam@lightfootlaw.com

HUSCH BLACKWELL LLP
Francis H. LoCoco, Esq.
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
P: 414.273.2100
frank.lococo@huschblackwell.com

*Attorneys for Defendant The Raymond Corporation*

James Henry Jones, IV, Esq.
*Markow Walker, PA*
Post Office Drawer 50
Oxford, Mississippi 38655

*Attorney for Intervenor*

This, the 25th day of February, 2022.

                                              */s/ Yeager M. Bass*
                                              Yeager M. Bass (MSB# 106098)