**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

RODNEY JONES, et al.                    PLAINTIFFS

     v.                                        CIVIL ACTION NO. 3:20CV00308-MPM-RP

THE RAYMOND CORPORATION            DEFENDANT

---

**DEFENDANT THE RAYMOND CORPORATION'S**
**MOTION TO STRIKE TESTIMONY OF JOHN MEYER, Ph.D., P.E.**

---

COMES NOW THE DEFENDANT, The Raymond Corporation ("Raymond"), by and through counsel, and submits this, its *Motion to Strike Testimony of John Meyer, Ph.D., P.E.* In support thereof, Raymond relies upon and adopts by reference as if set forth fully herein *Defendant The Raymond Corporation's Brief in Support of its Motion to Strike Testimony of John Meyer, Ph.D., P.E.*, as well as the following exhibits attached hereto:

1. **Exhibit A** – Judgment entered November 10, 2021, in *Anderson, et al. v. Raymond*, United States District Court for the Southern District of Illinois Case No. 19-CV-800;

2. **Exhibit B** – Verdict Form filed November 10, 2021, in *Anderson*;

3. **Exhibit C** – C.V. of John E. Meyer, Ph.D., P.E.;

4. **Exhibit D** – Excerpts from the Deposition Transcript of John E. Meyer, Ph.D., P.E., taken December 9, 2021;

5. **Exhibit E** – Excerpts from the Deposition Transcript of John E. Meyer, Ph.D., P.E., taken November 20, 2020, in *Anderson*;

6. **Exhibit F** – Report of John E. Meyer, Ph.D., P.E. dated October 4, 2021;

7. **Exhibit G** – Order & Reasons entered January 20, 2022, in *Vallee v. Crown Equipment Corp. of Ohio*, United States District Court for the Eastern District of Louisiana Case No. 20-CV-1571;

8. **Exhibit H** – Excerpts from the Deposition Transcript of Jason Kerrigan, Ph.D., taken December 8, 2021;

9.    **Exhibit I** – Order entered July 27, 2021, in *Anderson*;

10.   **Exhibit J** – Excerpts from the Deposition Transcript of Rodney Jones taken June 16, 2021; and

11.   **Exhibit K** – Court's Ruling dated January 21, 2020, in *Petersen v. Raymond*, United States District Court for the District of Utah Central Division Case No. 14-CV-00894.

WHEREFORE, PREMISES CONSIDERED, Raymond respectfully requests the Court grant its *Motion to Strike Testimony of John Meyer, Ph.D., P.E.*, and that such other relief to which it may be entitled in these premises be granted.

Respectfully submitted, this the 4th day of March, 2022.

THE RAYMOND CORPORATION
By and through its attorneys,

*s/ Francis H. LoCoco*
Francis H. LoCoco (*Pro Hac Vice*)
Margaret K. Heitkamp (*Pro Hac Vice*)
HUSCH BLACKWELL LLP
511 North Broadway, Suite 1100
Milwaukee, Wisconsin 53202-3819
(414) 273-2100 Telephone
(414) 223-5000 Facsimile
frank.lococo@huschblackwell.com
margaret.heitkamp@huschblackwell.com

*With Permission*
*s/ Jacob B. Jordan*
Jacob B. Jordan (MSB#104230)
J. Rhea Tannehill, Jr. (MSB#10449)
TANNEHILL, CARMEAN & MCKENZIE, PLLC
829 Lamar Blvd, Suite 1
Oxford, MS 38655
(662) 337-7868 Telephone
(662) 234-3949 Facsimile
jacob@tannehillcarmean.com
jrt@tannehillcarmean.com

J. Banks Sewell (*Pro Hac Vice*)
Rachel M. Lary (MSB#105794)
LIGHTFOOT, FRANKLIN & WHITE
400 20th St. N.

Birmingham, Alabama 35203
(205) 581-1511 Telephone
bsewell@lightfootlaw.com
rlary@lightfootlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the follow to the following:

MERKEL & COCKE, P.A.
Charles M. Merkel, Jr.
Edward P. Connell, Jr.
Yeager M. Bass
P.O. Box 1388
Clarksdale, MS 38614
(662) 627-9641 Telephone
(662) 627-3592 Facsimile
tconnell@merkel-cocke.com
cmerkel@merkel-cocke.com

*Attorneys for the Plaintiffs*

WARSHAUER LAW GROUP, P.C.
Michael J. Warshauer
Jasper Abbott
2740 Bert Adams Road
Atlanta, Georgia 30339
(404) 649-5373 Telephone
mjw@warlawgroup.com
jasper@warlawgroup.com

*Attorneys for the Plaintiffs*

MARKOW WALKER, P.A.
Courtney E. McAlexander
J. Henry Jones, IV
Post Office Drawer 50
Oxford, MS 38655
(662) 234-9899 Telephone
(662) 234-9762 Facsimile
cmcalexander@markowwalker.com
hjones@markowwalker.com

*Attorneys for New Hampshire Insurance Company*
*c/o Sedgwick Claim Management Services*

Dated this the 4th day of March, 2022.

s/ Francis H. LoCoco