THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| RODNEY JONES, et al. | PLAINTIFFS |
| v. | CIVIL ACTION NO. 3:20CV00308-MPM-RP |
| THE RAYMOND CORPORATION | DEFENDANT |

**DEFENDANT THE RAYMOND CORPORATION'S MOTION TO STRIKE
THE SECOND SUPPLEMENTAL REPORT OF JOHN MEYER, Ph.D., P.E.**

COMES NOW THE DEFENDANT, The Raymond Corporation ("Raymond"), by and through counsel, and submits this, its *Motion to Strike the Supplemental Report of John Meyer, Ph.D., P.E.* In support thereof, Raymond relies upon and adopts by reference as if set forth fully herein *Defendant The Raymond Corporation's Brief in Support of its Motion to Strike the Supplemental Report of John Meyer, Ph.D., P.E.*, as well as the following exhibits attached hereto:

**Exhibit 1** – Order & Reasons entered January 20, 2022, in *Vallee v. Crown Equipment Corp. of Ohio*, United States District Court for the Eastern District of Louisiana Case No. 20-CV-1571.

**Exhibit 2** – Plaintiffs' Second Supplement to Designation of Expert Witnesses dated February 25, 2022, and "Exhibit A" thereto, the Second Supplemental Report of John Meyer, Ph.D., P.E. dated February 15, 2022.

Counsel for Raymond conferred with Plaintiffs' counsel, who has indicated Plaintiffs oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, Raymond respectfully requests the Court grant its *Motion to Strike the Second Supplemental Report of John Meyer, Ph.D., P.E.*, and that such other relief to which it may be entitled in these premises be granted.

Respectfully submitted, this the 14th day of March, 2022.

    THE RAYMOND CORPORATION
    By and through its attorneys,

    *s/ Francis H. LoCoco*
    Francis H. LoCoco (*Pro Hac Vice*)
    Margaret K. Heitkamp (*Pro Hac Vice*)
    HUSCH BLACKWELL LLP
    511 North Broadway, Suite 1100
    Milwaukee, Wisconsin 53202-3819
    (414) 273-2100 Telephone
    (414) 223-5000 Facsimile
    frank.lococo@huschblackwell.com
    margaret.heitkamp@huschblackwell.com

    *With Permission*
    *s/ Jacob B. Jordan*
    Jacob B. Jordan (MSB#104230)
    J. Rhea Tannehill, Jr. (MSB#10449)
    TANNEHILL, CARMEAN & MCKENZIE, PLLC
    829 Lamar Blvd, Suite 1
    Oxford, MS 38655
    (662) 337-7868 Telephone
    (662) 234-3949 Facsimile
    jacob@tannehillcarmean.com
    jrt@tannehillcarmean.com

    J. Banks Sewell (*Pro Hac Vice*)
    Rachel M. Lary (MSB#105794)
    LIGHTFOOT, FRANKLIN & WHITE
    400 20th St. N.
    Birmingham, Alabama 35203
    (205) 581-1511 Telephone
    bsewell@lightfootlaw.com
    rlary@lightfootlaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the follow to the following:

MERKEL & COCKE, P.A.
Charles M. Merkel, Jr.
Edward P. Connell, Jr.
Yeager M. Bass
P.O. Box 1388
Clarksdale, MS 38614
(662) 627-9641 Telephone
(662) 627-3592 Facsimile
tconnell@merkel-cocke.com
cmerkel@merkel-cocke.com

*Attorneys for the Plaintiffs*

WARSHAUER LAW GROUP, P.C.
Michael J. Warshauer
Jasper Abbott
2740 Bert Adams Road
Atlanta, Georgia 30339
(404) 649-5373 Telephone
mjw@warlawgroup.com
jasper@warlawgroup.com

*Attorneys for the Plaintiffs*

MARKOW WALKER, P.A.
Courtney E. McAlexander
J. Henry Jones, IV
Post Office Drawer 50
Oxford, MS 38655
(662) 234-9899 Telephone
(662) 234-9762 Facsimile
cmcalexander@markowwalker.com
hjones@markowwalker.com

*Attorneys for New Hampshire Insurance Company*
*c/o Sedgwick Claim Management Services*

   Dated this the 14th day of March, 2022.

                *s/ Francis H. LoCoco*