IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| RODNEY JONES AND WIFE, ) <br> DEANGELA BATTLE ) <br> ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> THE RAYMOND CORPORATION ) <br> ) <br> Defendant ) | CIVIL ACTION <br> FILE NO.: 3:20-cv-308-MPM-RP |

**Plaintiffs' Response to Defendant's Motion to Strike the [Second] Supplemental Report of Dr. John Meyer**

COME NOW Plaintiffs, Rodney Jones and Deangela Battle ("Plaintiffs"), by and through counsel, and hereby submit their *Plaintiffs' Response to Defendant's Motion to Strike the [Second] Supplemental Report of Dr. John Meyer [Doc. 131] and Brief In Support [Doc. 132]*. In support thereof, Plaintiffs attach hereto their *Brief in Support*, to include the following exhibits:

**Exhibit 1:** Deposition covers-Dr. John Meyer;

**Exhibit 2:** Trial Transcript (Anderson) November 2, 2021;

**Exhibit 3:** Plaintiffs' Expert Designations October 6, 2021;

**Exhibit 4:** Rule 26, John Meyer, October 4, 2021;

**Exhibit 5:** Plaintiffs' Supplement to Designation of of Experts, December 8, 2021;

**Exhibit 6:** Rule 26 Supplement, John Meyer, December 8, 2021;

**Exhibit 7:** Deposition of John Meyer, December 9, 2021;

**Exhibit 8:** Raymond's Expert Witness Disclosure, January 6, 2022;

**Exhibit 9:** Plaintiffs' 2nd Supplement to Designation of Experts, February 25, 2022;

**Exhibit 10:** rule 26, 2nd Supplement, John Meyer, February 15, 2022;

**Exhibit 11:** Plaintiff's Response to Defendant's MSJ, November 2, 2021;

**Exhibit 12:** John Meyer Affidavit, October 29, 2021;

**Exhibit 13:** Letter from F. LoCoco, March 22, 2022.

Plaintiffs respectfully request the Court deny *Defendant's Motion to Strike the [Second] Supplemental Report of Dr. John Meyer*, and for such other relief to which they may be entitled.

    Respectfully submitted,
    MERKEL & COCKE, P.A.

    By: *s/Edward P. Connell, Jr.*
    Edward P. Connell, Jr. (MSB #10647)
    Post Office Box 1388
    30 Delta Avenue
    Clarksdale, MS 38614
    (662) 627-9641
    (662) 627-3592 Fax


    WARSHAUER LAW GROUP, P.C.

    By: *s/Michael J. Warshauer*
    Michael J. Warshauer
    *Admitted Pro Hac Vice*
    2740 Bert Adams Road
    Atlanta, GA 30339
    (404) 892-4900
    (404) 892-1020 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court using the Court's CM/ECF system which will send notification to all parties of record.

This 28th day of March, 2022.

                                         WARSHAUER LAW GROUP, P.C.

                                         By: *s/Michael J. Warshauer*
                                         Michael J. Warshauer
                                         *Admitted pro hac vice*
                                         *Attorneys for Plaintiff*