# Transcript of the Testimony of **John Meyer, Ph.D., P.E.**

**Date:** September 17, 2020

**Case:** ANDERSON v. THE RAYMOND CORP.

CENTRAL REPORTERS ASSOCIATED, LTD.
Phone: 312.630.2007
Fax: 312.630.2015
Email: cra2007@aol.com

**EXHIBIT 1**

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ADELAIDA ANDERSON and )
JEFF ANDERSON, )
 )
      Plaintiffs, )
 )
  -vs- ) No. 3:19-cv-800
 )
HE RAYMOND CORPORATION, )
 )
      Defendant. )
 )

         The videoconferenced videotaped deposition of JOHN MEYER, Ph.D., P.E., called by the Defendant for examination via Zoom, pursuant to Notice and Stipulation, and pursuant to the Rules of Civil Procedure for the District Courts of the United States, taken before CATHLEEN ARONSON RADKE, a Certified Shorthand Reporter and Notary Public, within and for the County of Cook and State of Illinois, on the 17th day of September 2020, commencing at the hour of 10:00 o'clock a.m.

                  \*\*\*\*\*\*\*\*

1  A P P E A R A N C E S :

2       WARSHAUER LAW GROUP,
        2740 Bert Adams Group
3       Atlanta, Georgia  30339
        BY:  MR. MICHAEL J. WARSHAUER,
4            mjw@warlawgroup.com

5            appeared on behalf of the
             Plaintiffs;
6

7       SWANSON, MARTIN & BELL, LLP
        300 North Wabash Avenue
8       Suite 3300
        Chicago, Illinois  60611
9       BY:  MR. BRIAN W. BELL,
             bbell@smbtrials.com
10
             appeared on behalf of the
11           Defendant.

12

13                  I N D E X

14  THE WITNESS                              PAGES

15  John Meyer, Ph.D., P.E.

16      Examination by Mr. Bell............4-45

17

18                 E X H I B I T S

19                              Marked for
                               Identification
20

21  Deposition Exhibit No. 1                    5

22

23

24

*In The Matter Of:*

*ADELAIDA ANDERSON, et al. vs*

*THE RAYMOND CORPORATION*

---

# JOHN MEYER

*November 20, 2020*

---



207 E Michigan St, Suite 404
Milwaukee, WI 53202
414.271.4466
info@halmareporting.com
www.halmareportinggroup.com

Case: 3:20-cv-00308-SA-RP Doc #: 157-4 Filed: 03/28/25 5 of 11 PageID #: 12686
ADELAIDA ANDERSON, et al vs THE RAYMOND CORPORATION
November 20, 2020

IN THE UNITED STATES COURT

SOUTHERN DISTRICT OF ILLINOIS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ADELAIDA ANDERSON and
JEFF ANDERSON,

        Plaintiffs,

    v.             File No. 3:19-CV-0800-SMY

THE RAYMOND CORPORATION,

        Defendant.

**CERTIFIED COPY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF: JOHN MEYER, PhD, PE

TAKEN VIA REMOTE VIDEO CONFERENCE

DATE: Friday, November 20, 2020

        8:00 a.m. to 2:24 p.m.


REPORTER BY: KATHY A. HALMA, RPR

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case: 3:20-cv-00308-SMR Doc #: 157-4 Filed: 03/28/22 6 of 11 PageID #:12837
ADELAIDA ANDERSON, et al vs THE RAYMOND CORPORATION
November 20, 2020                                                    2

```
 1                A P P E A R A N C E S

 2   FOR THE PLAINTIFF:

 3      WARSHAUER LAW GROUP, P.C.
        MR. MICHAEL J. WARSHAUER
 4      MR. JASPER ABBOTT
        2740 Bert Adams Road
 5      Atlanta, Georgia  30339
        mwarshauer@warlawgroup.com
 6      jasper@warlawgroup.com
        404.334.3626
 7


 8   FOR THE DEFENDANT:

 9      HUSCH BLACKWELL, LLP
        MR. FRANCIS H. LO COCO
10      555 East Wells Street, Suite 1900
        Milwaukee, Wisconsin 53202
11      frank.lococo@huschblackwell.com
        414.273.2100
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*In The Matter Of:*

*ADELAIDA ANDERSON, et al. vs*

*RAYMOND CORPORATION*

---

# JOHN MEYER

*March 24, 2021*

---



207 E Michigan St, Suite 404
Milwaukee, WI 53202
414.271.4466
info@halmareporting.com
www.halmareportinggroup.com

Case: 3:20-cv-00508-SA-RP Doc #: 167-4 Filed: 03/28/22 8 of 11 PageID #: 1289
ADELAIDA ANDERSON, et al. vs RAYMOND CORPORATION
March 24, 2021

IN THE UNITED STATES COURT

SOUTHERN DISTRICT OF ILLINOIS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ADELAIDA ANDERSON and
JEFF ANDERSON,

              Plaintiffs,

      v.               File No. 3:19-CV-0800-SMY

THE RAYMOND CORPORATION,

              Defendant.

**CERTIFIED COPY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF:  JOHN MEYER, PhD, PE

TAKEN VIA REMOTE VIDEO CONFERENCE

DATE:  Wednesday, March 24, 2021

        1:00 p.m. to 3:59 p.m.


REPORTED BY:  KATHY A. HALMA, RPR

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case: 3:20-cv-50308-SARR Doc #: 157-1 Filed: 03/28/22 9 of 11 PageID #: 12840
ADELAIDA ANDERSON, et al. vs RAYMOND CORPORATION
March 24, 2021                                                              2

```
 1                   A P P E A R A N C E S

 2   FOR THE PLAINTIFF:

 3      McCOY & McCOY, LLC
        MR. FRANK J. McCOY
 4      20 Church Street, 17th Floor
        Hartford, Connecticut 06103
 5      frank@mccoymccoy.com
        860.244.9100
 6

 7   FOR THE DEFENDANT:

 8      HUSCH BLACKWELL, LLP
        MR. FRANCIS H. LO COCO
 9      555 East Wells Street, Suite 1900
        Milwaukee, Wisconsin 53202
10      frank.lococo@huschblackwell.com
        414.273.2100
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

JOHN E. MEYER, PH.D.
December 09, 2021

```
          IN THE UNITED STATES DISTRICT COURT

       FOR THE NORTHERN DISTRICT OF MISSISSIPPI

                       OXFORD DIVISION



  RODNEY JONES and his         )

  wife DEANGELA BATTLE,        )

          Plaintiffs,          ) Case No.

     vs.                       ) 3:20-cv-00308-MPM-RP

  THE RAYMOND CORPORATION,     )

          Defendant.           )
```

        The deposition of JOHN E. MEYER, PH.D.,

P.E., called for examination pursuant to the Rules

of Civil Procedure for the United States District

Courts pertaining to the taking of depositions,

taken before Patricia L. Wangler, Certified

Shorthand Reporter in the State of Illinois, at

1804 Centre Point Circle, Naperville, Illinois, on

December 9, 2021, commenced at the hour of

9:36 a.m., and terminated at the hour of 2:35 p.m.



Reported By:  Patricia L. Wangler, CSR

License No.:  084-002417

JOHN E. MEYER, PH.D.
December 09, 2021

```
 1   APPEARANCES:

 2       MERKEL & COCKE, P.A., by

 3       MR. YEAGER M. BASS (Remote)

 4       P.O. Box 1388

 5       Clarksdale, Mississippi 38614

 6       (662) 627-9641

 7       ybass@merkel-cocke.com

 8           Representing the Plaintiffs,

 9

10       HUSCH BLACKWELL, LLP, by

11       MR. FRANCIS H. LOCOCO

12       511 North Broadway, Suite 1100

13       Milwaukee, Wisconsin  53202-3819

14       (414) 273-2100

15       frank.lococo@huschblackwell.com

16           Representing the Defendant,

17

18       TANNEHILL, CARMEAN & MCKENZIE, P.L.L.C., by

19       MR. JACOB JORDAN (Remote)

20       829 North Lamar Boulevard, Suite 1

21       Oxford, Mississippi  38655

22       (662) 337-7868

23       jacob@tannehillcarmean.com

24           Representing the Defendant.
```