IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

RODNEY JONES AND WIFE,
DEANGELA BATTLE                                                              PLAINTIFFS

V.                                    CIVIL ACTION NO.: 3:20-CV-308-MPM-RP

THE RAYMOND CORPORATION

**PLAINTIFFS' SECOND SUPPLEMENT TO DESIGNATION OF EXPERT WITNESSES**

COME NOW the Plaintiffs, Rodney Jones and wife, Deangela Battle, by and through counsel, and files this Second Supplement to the designation of expert witnesses pursuant to Federal Rule of Civil Procedure 26 to provide testimony on their behalf at the trial of the above cause:

1. The Plaintiffs designate John E. Meyer, Ph.D. PE, principal engineer Edison Engineering, 40W373 Edgar Lee Masters Lane, Saint Charles, Illinois 60175, 630.723.9547, to be offered as an expert in the field of mechanical engineering to offer opinions to the effect that the subject forklift does not comply with applicable safety standards both domestic and international, that the subject forklift is unreasonably dangerous, that Defendant has not conducted itself in compliance with applicable design standards and practices, how the event occurred, how the subject forklift is unreasonably dangerous, and that there are reasonable design alternatives that could have and should have been implemented that would have eliminated or greatly reduced the likelihood of injury without negatively affecting the utility of the forklift. In addition, Dr. Meyer will testify that the reasons relied upon by Defendant for its design choices are not consistent with best or standard engineering practices. The substance of the facts and opinions to which he is expected to testify and the grounds on which his opinions are based are in his original Rule 26 Report and are further

**EXHIBIT 9**

explained by his supplemental report attached hereto as Exhibit "A". He may also testify in rebuttal to the Defendant's experts and may rely upon testimony and/or deposition transcripts in this case.

DATED this, the 25 day of February, 2022.

>MERKEL & COCKE, P.A.
>Post Office Box 1388
>Clarksdale, Mississippi 38614
>Phone No.: (662) 627 – 9641
>Fax No.: (662) 627 – 3592
>
>By: */s/ Edward P. Connell, Jr.*
>Charles M. Merkel, Jr. (MSB #2884)
>Edward P. Connell, Jr. (MSB #10647)
>Yeager M. Bass (MSB #106098)
>
>WARSHAUER LAW GROUP, P.C.
>2740 Bert Adams Road
>Atlanta, GA 30339
>(404) 892-4900
>(404) 892-1020 Fax
>
>By: */s/ Michael J. Warshauer*
>Michael J. Warshauer (GB #018720)
>Trent Shuping (GB #159083)
>*-Admitted Pro Hac Vice-*

## **CERTIFICATE OF SERVICE**

I, Yeager M. Bass., do hereby certify that I have on this date emailed via United a true and correct copy of the above and foregoing document to:

LIGHTFOOT, FRANKLIN & WHITE
J. Banks Sewell, Esq.
Rachel M. Lary, Esq.
400 20th Street North
Birmingham, Alabama 35203
P: 205.581.0700
bsewell@lightfootlaw.com
rlary@lightfootlaw.com
cstam@lightfootlaw.com

HUSCH BLACKWELL LLP
Francis H. LoCoco, Esq.
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
P: 414.273.2100
frank.lococo@huschblackwell.com

*Attorneys for Defendant The Raymond Corporation*

James Henry Jones, IV, Esq.
*Markow Walker, PA*
Post Office Drawer 50
Oxford, Mississippi 38655

*Attorney for Intervenor*

This, the 25th day of February, 2022.

                                                */s/ Yeager M. Bass*
                                                Yeager M. Bass (MSB# 106098)