IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**RODNEY JONES, et al.**                                                          **PLAINTIFF**

v.                                                          No. 3:20-CV-308-NBB-RP

**THE RAYMOND CORPORATION**                               **DEFENDANT**

## ORDER

Before the court is Plaintiffs' motion to exclude expert testimony of Robert Kerila [129]. Plaintiffs argue Kerila should be precluded from offering expert testimony at trial because he was not designated as an expert witness by Defendant, The Raymond Corporation. Defendant has not responded to the motion and the time allotted for it to do so has expired. "If a party fails to respond to any motion, other than a dispositive motion, within the time allotted, the court may grant the motion as unopposed." L.U.Civ.R. 7(b)(3)(E). The court finds the motion should be and is hereby GRANTED as unopposed.

**SO ORDERED**, this the 11th day of April, 2022.

                                               /s/ Roy Percy
                                               UNITED STATES MAGISTRATE JUDGE