THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| RODNEY JONES, et al. | PLAINTIFFS |
| v. | CIVIL ACTION NO. 3:20CV00308-NBB-RP |
| THE RAYMOND CORPORATION | DEFENDANT |

**DEFENDANT THE RAYMOND CORPORATION'S
REBUTTAL IN SUPPORT OF ITS MOTION TO STRIKE THE
SECOND SUPPLEMENTAL REPORT OF JOHN MEYER, Ph.D., P.E. (DOC. 131)**

The Defendant, The Raymond Corporation, comes before the Court this day, by and through counsel, and files this, its *Rebuttal in Support of its Motion to Strike the Second Supplemental Report of John Meyer, Ph.D., P.E.* (Doc. 131) (the "Motion"). In support thereof, Defendant relies upon and adopts by reference as if set forth fully herein its *Rebuttal Memorandum in Support of its Motion to Strike the Second Supplemental Report of John Meyer, Ph.D., P.E.*, and the other documents on file with the Court cited therein.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that said Motion be granted, and that such other relief to which it may be entitled in these premises be granted.

Respectfully submitted, this the 15th day of April, 2022.

THE RAYMOND CORPORATION
By and through its attorneys,

*s/ Francis H. LoCoco*
Francis H. LoCoco (*Pro Hac Vice*)
Margaret K. Heitkamp (*Pro Hac Vice*)
HUSCH BLACKWELL LLP
511 North Broadway, Suite 1100
Milwaukee, Wisconsin 53202-3819
(414) 273-2100 Telephone
(414) 223-5000 Facsimile
frank.lococo@huschblackwell.com
margaret.heitkamp@huschblackwell.com

*With Permission*
*s/ Jacob B. Jordan*
Jacob B. Jordan (MSB#104230)
J. Rhea Tannehill, Jr. (MSB#10449)
TANNEHILL, CARMEAN & MCKENZIE, PLLC
829 Lamar Blvd, Suite 1
Oxford, MS 38655
(662) 337-7868 Telephone
(662) 234-3949 Facsimile
jacob@tannehillcarmean.com
jrt@tannehillcarmean.com

J. Banks Sewell (*Pro Hac Vice*)
Rachel M. Lary (MSB#105794)
LIGHTFOOT, FRANKLIN & WHITE
400 20th St. N.
Birmingham, Alabama 35203
(205) 581-1511 Telephone
bsewell@lightfootlaw.com
rlary@lightfootlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the follow to the following:

MERKEL & COCKE, P.A.
Charles M. Merkel, Jr.
Edward P. Connell, Jr.
Yeager M. Bass
P.O. Box 1388
Clarksdale, MS 38614
(662) 627-9641 Telephone
(662) 627-3592 Facsimile
tconnell@merkel-cocke.com
cmerkel@merkel-cocke.com

*Attorneys for the Plaintiffs*

WARSHAUER LAW GROUP, P.C.
Michael J. Warshauer
Jasper Abbott
2740 Bert Adams Road
Atlanta, Georgia 30339
(404) 649-5373 Telephone
mjw@warlawgroup.com
jasper@warlawgroup.com

*Attorneys for the Plaintiffs*

MARKOW WALKER, P.A.
Courtney E. McAlexander
J. Henry Jones, IV
Post Office Drawer 50
Oxford, MS 38655
(662) 234-9899 Telephone
(662) 234-9762 Facsimile
cmcalexander@markowwalker.com
hjones@markowwalker.com

*Attorneys for New Hampshire Insurance Company*
*c/o Sedgwick Claim Management Services*

                                              *s/ Francis H. LoCoco*