UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

## NOTICE OF TRIAL

RODNEY JONES, et al.     PLAINTIFFS

V.     CIVIL ACTION NO. 3:20cv308-NBB-RP

THE RAYMOND CORPORATION     DEFENDANT

TAKE NOTICE that a proceeding in this case has been **SET** for the place, date, and time set for below:

| Place: | Room Number: |
|---|---|
| United States Courthouse and Federal Building<br>911 Jackson Avenue<br>Oxford, Mississippi | Courtroom 3 West<br>Third Floor |
| | **Date and Time:**<br>November 7, 2022 – 9:30 AM |

**Type of Proceeding:**

**MVD/JURY TRIAL BEFORE U.S. DISTRICT JUDGE NEAL B. BIGGERS, JR.**

**YOUR CASE MIGHT NOT BE THE ONLY CASE SET FOR TRIAL ON THIS DATE
YOU SHALL BE PREPARED TO CONDUCT VOIR DIRE ON THIS DATE
AND BE ON STANDBY FOR TRIAL**

DAVID CREWS, Clerk of Court

/s/ Karen Tidwell
(By) Karen Tidwell, Courtroom Deputy

Date: April 22, 2022

To: Charles M. Merkel, Jr. (electronic notice only)    Francis H. LoCoco (electronic notice only)

Edward Peacock Connell, Jr. (electronic notice only)    J. Banks Sewell, III (electronic notice only)

Jasper Vaughndale Abbott (electronic notice only)    Margaret K. Heitkamp (electronic notice only)

Michael J. Warshauer (electronic notice only)    J. Rhea Tannehill, Jr. (electronic notice only)

Yeager Matthews Bass (electronic notice only)    Jacob Bystrom Jordan (electronic notice only)

James Henry Jones, IV (electronic notice only)    Rachel M. Lary (electronic notice only)

If you have any questions contact Karen Tidwell at (662) 281-3002 or (662) 234-3401
or by email at Karen_Tidwell@msnd.uscourts.gov