IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| RODNEY JONES AND WIFE, DEANGELA BATTLE )<br>)<br>) <br>Plaintiffs )<br>)<br>vs. )<br>)<br>THE RAYMOND CORPORATION )<br>)<br>Defendant ) | CIVIL ACTION<br>FILE NO.: 3:20-cv-308-MPM-RP |

# PLAINTIFFS' REPLY IN SUPPORT OF THEIR DAUBERT MOTION REGARDING OPINIONS OF DR. JOHN MEYER

COME NOW Plaintiffs, Rodney Jones and Deangela Battle ("Plaintiffs"), by and through counsel, and hereby submit their *Plaintiffs' Reply In Support of Their Daubert Motion Regarding Opinions of Dr. John Meyer*. In support thereof, Plaintiffs attach hereto their *Brief in Support*, to include the following exhibits:

**Exhibit 1:** Depo-John Meyer (*Anderson*), November 20, 2020;

**Exhibit 2:** Depo-Tom Berry (*Vazquez*), November 17, 2017;

**Exhibit 3:** Depo-John Jeka, December 2, 2021;

**Exhibit 4:** Depo-Robert Kerila (*Vazquez*), August 30, 2017;

**Exhibit 5:** Depo-Tom Berry (*Young*), January 19, 2016;

**Exhibit 6:** Depo-Michael Rogers (*Young*), March 14, 2017.

Plaintiffs respectfully request the Court grant their *Daubert Motion Regarding Opinions of Dr. John Meyer*, and for such other relief to which they may be entitled.

Respectfully submitted,
MERKEL & COCKE, P.A.

By: *s/Edward P. Connell, Jr.*
Edward P. Connell, Jr. (MSB #10647)
Post Office Box 1388
30 Delta Avenue
Clarksdale, MS 38614
(662) 627-9641
(662) 627-3592 Fax


WARSHAUER LAW GROUP, P.C.

By: *s/Michael J. Warshauer*
Michael J. Warshauer
*Admitted Pro Hac Vice*
2740 Bert Adams Road
Atlanta, GA 30339
(404) 892-4900
(404) 892-1020 Fax

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court using the Court's CM/ECF system which will send notification to all parties of record.

This 29th day of April, 2022.

                                          WARSHAUER LAW GROUP, P.C.

                                          By: *s/Michael J. Warshauer*
                                          Michael J. Warshauer
                                          *Admitted pro hac vice*
                                          *Attorneys for Plaintiff*