IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

RODNEY JONES AND
DEANGELA BATTLE                                                      PLAINTIFFS

V.                                          CIVIL ACTION NO. 3:20-cv-308-NBB-RP

THE RAYMOND CORPORATION                                             DEFENDANT

## ORDER OF RECUSAL

This cause comes before the court for entry of an order of recusal. The undersigned hereby recuses himself from presiding over this case and directs the clerk of court to reassign the case randomly to another district judge.

**SO ORDERED** this 8th day of August, 2022.


 /s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE